ACCEPTED
06-15-00005-cr
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/11/2015 6:09:36 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00005-CR

| | | |
|---|---|---|
| STATE OF TEXAS | IN THE | FILED IN<br>6th COURT OF APPEALS |
| VS. | 6th COURT | TEXARKANA, TEXAS<br>5/11/2015 6:09:36 PM |
| CEDRIC J. HILL | OF APPEALS | DEBBIE AUTREY<br>Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes CEDRIC J. HILL, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 71ST Judicial District Court of HARRISON County, Texas.

2.     The case below was styled the STATE OF TEXAS vs.CEDRIC J. HILL, and numbered 12-0317X.

3.     Appellant was convicted of DELIVERY OF A CONTROLLED SUBSTANCE.

4.     Appellant was assessed a sentence of 14 years on July 26, 2012.

5.     Notice of appeal was given on JANUARY 8, 2015.

6.     The clerk's record was filed on JANUARY 9, 2015; the reporter's record was filed on APRIL 10, 2015.

7.     The appellate brief is presently due on now on May 11, 2015.

8.      Appellant requests an extension of time of 30 days from the present date, i.e. May 11, 2015.

9.      No extension to file the brief has been received in this cause.

10.     Defendant is currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension: I have recently had to replace my legal assistant and that with the additional work load has caused a delay in many things, this being one of them.

12.     **WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Vernard Solomon
103 E. Houston
Marshall, Texas 903
938 4555 903 938
5151
vsolomon@swbell.net

By: _____
Vernard Solomon
State Bar No. 18835000
Attorney for CEDRIC J. HILL

## CERTIFICATE OF SERVICE

This is to certify that on May 11, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harrison County, Courthouse, Marshall, Texas, 75670, by facsimile transmission to 903.236.8490.

Vernard Solomon

**STATE OF TEXAS**

**COUNTY OF HARRISON**

## AFFIDAVIT

**BEFORE ME,** the undersigned authority on this day personally appeared Vernard Solomon,

who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read

the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the

allegations of facts therein are true and correct."

Vernard Solomon

**SUBSCRIBED AND SWORN TO BEFORE ME ON** _May 11_ ,

**2015.** **to certify which witness my hand and seal of office.**

Notary Public, State of Texas

JILL MCINTOSH
MY COMMISSION EXPIRES
September 28, 2016